88 A.3d 932

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. VICTOR LOPEZ–RODRIGUEZ, DEFENDANT–PETITIONER.

April 3, 2014.

Denied.

88 A.3d 932

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. VIRGIL S. MITCHELL, DEFENDANT–PETITIONER.

April 11, 2014.

It is ORDERED that the petition for certification is granted, and the matter is summarily reversed and remanded to the trial court for the limited purpose of that court reconsidering the denial of oral argument on defendant's petition for post-conviction relief in light of *State v. Parker*, 212 *N.J.* 269, 53 *A.*3d 652 (2012). Jurisdiction is not retained.